VICTORY v. FITZPATRICK.

Nov. Term,
1856.

McLAUGHLIN
v.
THE STATE.

Friday,
December 5.

APPEAL from the *Daviess* Court of Common Pleas.

*Per Curiam.*—Action to recover damages for an alleged trespass upon the plaintiff's land. The record shows the alleged trespass to have been an entry, by the *Evansville and Indianapolis Railroad Company*, pursuant to a location of their railroad under their charter, for the purpose of constructing said road upon the location made.

The suit cannot be sustained. The statute provides a mode of redress and it must be followed. *New Albany and Salem Railroad Company* v. *Connelly*, 7 Ind. R. 32, and case cited. *The President, &c., of the Crawfordsville, &c., Railroad Company* v, *Wright*, 5 Ind. R. 252.

The judgment is reversed with costs. Cause remanded, with an order that it be dismissed.

*O. H. Smith*, for the appellant.